# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132455

PEOPLE OF MICHIGAN,
          Plaintiff-Appellee,

v

JAMES WILLIAM VARNER,
          Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132455
COA: 261379
Macomb CC: 04-003900-FH

On order of the Court, the application for leave to appeal the October 3, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

l0122